UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No.: 05-CR-00288-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALISHA A. WILLIAMS,

    Defendant.

## ORDER

A hearing was held on June 5, 2009, for revocation proceedings against the defendant. It became apparent during the hearing that the defendant was mentally decompensating and is a danger to herself. Based on the observations of this Court and communications with counsel,

IT IS ORDERED: that the U.S. Marshal's Service shall immediately transport the defendant CCMF (Correctional Care Medical Facility) at, Ward 18, of Denver Health Hospital, 9th and Bannock Streets, Denver, Colorado, for psychiatric treatment.

Dated this 5th day of June, 2009

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge